UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE BIOLINERX LTD. SECURITIES LITIGATION ——————————————— THIS DOCUMENT RELATES TO: Case No. 2:23-cv-00041-BRM-JBC Peter Catanese | Case No. 2:23-cv-00041-BRM-JBC CLASS ACTION |

**DECLARATION OF BRENDA SZYDLO IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

I, Brenda Szydlo, declare as follows:

1.      I am an attorney admitted to practice *pro hac vice* in this Court and a Partner at the law firm Pomerantz LLP, Lead Counsel for Lead Plaintiff Peter Catanese and Plaintiff Michael Morlock (collectively, "Plaintiffs") in this action.

2.      I respectfully submit this declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Complaint.

3.      Attached as Exhibit A is a true and correct copy of the alleged materially false and misleading statements issued during the Class Period, as they appeared in the Amended Complaint.

4.      Attached as Exhibit B is a true and correct copy of the Company's

Compensation Policy (Exhibit 1, Annex A to BioLineRx's Form 6-K, filed with the SEC on May 27, 2022).

I declare under penalty of perjury that the foregoing is true and correct, Executed this 6th day of November, 2023 in New York, New York.

*/s/ Brenda Szydlo*
Brenda Szydlo