# EXHIBIT A

EXHIBIT A

## IN RE BIOLINERX LTD. SECURITIES LITIGATION, No. 2:23-CV-00041-BRM-JBC

| MATERIALLY FALSE AND MISLEADING STATEMENTS ISSUED DURING THE CLASS PERIOD | Amended Complaint ¶¶ | Source |
|---|---|---|
| "[S]ubsequent to the end of the year, we strengthened our balance sheet through a financing that resulted in gross proceeds of $34.5 million. ***These funds will allow us to continue to execute on our strategy for motixafortide in both SCM and PDAC, while in parallel advancing our second clinical candidate, the anti-cancer immunotherapy AGI-134, through clinical development***. In summary, we exited 2020 on a very positive note, with two data sets that demonstrate both the effectiveness and versatility of motixafortide across multiple indications, and we plan to build upon these successes this year," concluded Mr. Serlin. (Emphasis added). | 46 | Form 6-K, Ex. 1, filed February 23, 2021 |
| ***We cannot assure investors that our existing cash and investment balances will be sufficient to meet our future capital requirements***. (Emphasis in original).<br><br>As of December 31, 2020, we held cash and short-term investments of $22.6 million. In January 2021, we raised net proceeds of $31.4 million in an underwritten public offering and, in January and February 2021, we received another $9.8 million in gross proceeds from the exercise of outstanding warrants. ***Based on our current projected cash requirements, we believe that our existing cash and investment balances and other sources of liquidity, not including potential milestone and royalty payments under our existing out-licensing and other collaboration agreements, will be sufficient to meet our capital requirements into the second half of 2023***. We have funded our operations primarily through public and private offerings of our securities, payments received under | 47 | Form 20-F, filed February 23, 2021 |

1

**EXHIBIT A**

| | | |
|---|---|---|
| our strategic licensing and collaboration arrangements and interest earned on investments. (Emphasis added).<br><br>*** <br><br>Developing drugs, conducting clinical trials and commercializing products is expensive and we will need to raise substantial additional funds to achieve our strategic objectives. Although *we believe our existing cash and other resources will be sufficient to fund our current projected cash requirements into the second half of 2023*, we will require additional financing in the future to fund our operations. (Emphasis added). | | |
| We are working diligently to submit a New Drug Application [for Motixafortide in SCM] to the FDA in the first half of next year. If approved, this would be transformative for BioLineRx, and a huge milestone in the Company's history.<br><br>*** <br><br>*"To support these and other initiatives, including continued advancement of our second clinical candidate, the anti-cancer vaccine AGI-134, we raised $34.5 million in January that we believe will finance the Company through multiple potentially value-creating milestones,"* concluded Mr. Serlin. (Emphasis added). | 49 | Form 6-K, Ex. 1, filed May 26, 2021 |
| Although the Company has succeeded in generating significant revenues from a number of out-licensing transactions in the past, it cannot determine with reasonable certainty if and when it will become profitable on a current basis. *Management believes that the Company's current cash and other resources will be sufficient to fund its projected cash* | 50 | Form 6-K, Ex. 2, filed May 26, 2021 |

2

**EXHIBIT A**

| | | |
|---|---|---|
| *requirements into the first half of 2024.* However, in the event that the Company does not begin to generate sustainable cash flows from its operating activities in the future, the Company will need to carry out significant cost reductions or raise additional funding. (Emphasis added). | | |
| Developing drugs, conducting clinical trials and commercializing products is expensive and we will need to raise substantial additional funds to achieve our strategic objectives. Although *we believe our existing cash and other resources will be sufficient to fund our current projected cash requirements into the first half of 2024*, we will require additional financing in the future to fund our operations. (Emphasis added). | 51 | Form 6-K, Ex. 3, filed May 26, 2021 |
| "Following the overwhelmingly positive results from our Phase 3 GENESIS trial of Motixafortide in stem-cell mobilization that we announced in May, we are working vigorously to submit an NDA in the first half of the year, stated Philip Serlin, Chief Executive Officer of BioLineRx. "If approved, this would be transformative for BioLineRx as we would have a commercial-stage molecule in multiple myeloma and significant potential clinical utility in other cancer indications as … most notably pancreatic cancer."<br><br>***<br><br>*"We are very well financed with $66 million of cash, sufficient to bring Motixafortide through potential FDA approval in SCM while continuing to advance our other clinical programs,"* concluded Mr. Serlin. (Emphasis added). | 53 | Form 6-K, Ex. 1, filed August 18, 2021 |

3

**EXHIBIT A**

| | | |
|---|---|---|
| Although the Company has succeeded in generating significant revenues from a number of out-licensing transactions in the past, it cannot determine with reasonable certainty if and when it will become profitable on a current basis. ***Management believes that the Company's current cash and other resources will be sufficient to fund its projected cash requirements into the first half of 2024.*** However, in the event that the Company does not begin to generate sustainable cash flows from its operating activities in the future, the Company will need to carry out significant cost reductions or raise additional funding. (Emphasis added). | 54 | Form 6-K, Ex. 2, filed August 18, 2021 |
| Developing drugs, conducting clinical trials and commercializing products is expensive and we will need to raise substantial additional funds to achieve our strategic objectives. Although ***we believe our existing cash and other resources will be sufficient to fund our current projected cash requirements into the first half of 2024***, we will require additional financing in the future to fund our operations. (Emphasis added). | 55 | Form 6-K, Ex. 3, filed August 18, 2021 |
| Although the Company has succeeded in generating significant revenues from a number of out-licensing transactions in the past, it cannot determine with reasonable certainty if and when it will become profitable on a current basis. ***Management believes that the Company's current cash and other resources will be sufficient to fund its projected cash requirements into the first half of 2024***. However, in the event that the Company does not begin to generate sustainable cash flows from its operating activities in the future, the Company will need to carry out significant cost reductions or raise additional funding. (Emphasis added). | 57 | Form 6-K, Ex. 2, filed November 18, 2021 |

4

| | | |
|---|---|---|
| Developing drugs, conducting clinical trials and commercializing products is expensive and we will need to raise substantial additional funds to achieve our strategic objectives. Although *we believe our existing cash and other resources will be sufficient to fund our current projected cash requirements into the first half of 2024*, we will require additional financing in the future to fund our operations. (Emphasis added). | 58 | Form 6-K, Ex. 3, filed November 18, 2021 |
| As of December 31, 2021, we held cash and short-term investments of $57.1 million. *Based on our current projected cash requirements, we believe that our existing cash and investment balances and other sources of liquidity, not including potential milestone and royalty payments under potential out-licensing and other collaboration agreements, will be sufficient to meet our capital requirements into the first half of 2024.* (Emphasis added).<br><br>\*\*\*<br><br>Developing drugs, conducting clinical trials and commercializing products is expensive and we will need to raise substantial additional funds to achieve our strategic objectives. Although *we believe our existing cash and other resources will be sufficient to fund our current projected cash requirements into the first half of 2024*, we will require additional financing in the future to fund our operations. (Emphasis added).<br><br>\*\*\*<br><br>Although the Company has succeeded in generating significant revenues from a number of out-licensing transactions in the past, it cannot determine with reasonable certainty if and when it will become profitable on a current basis. *Management believes that the Company's current cash and other resources will be sufficient to fund its projected cash requirements into the first half of 2024*. However, in the event that the Company does not begin to generate sustainable cash flows from its operating activities in the future, the | 60 | Form 20-F, filed March 16, 2022 |

| | | |
|---|---|---|
| Company will need to carry out significant cost reductions or raise additional funding. (Emphasis added). | | |
| "The opportunity for Motixafortide in stem-cell mobilization is significant," said Philip Serlin, Chief Executive Officer of BioLineRx. "We recently commissioned a comprehensive third-party market assessment which identified a $360 million addressable annual opportunity in the US. We continue to maintain optionality among a number of commercialization alternatives, as we believe the very concentrated end market, where approximately 80 transplant centers in the US conduct the vast majority of stem cell transplant procedures, would require a limited commercialization footprint. In the meantime, in order to ensure that Motixafortide is well positioned for a timely and robust US launch that will maximize the value of the asset, we have initiated a number of pre-commercialization launch activities.["]<br><br>"Following our very productive pre-NDA meeting with FDA that we completed in December, we are diligently working to submit the NDA and position the product for commercialization. We anticipate the NDA submission will occur in mid-2022.["]<br><br>***"With over $57 million in cash, we believe we are well financed to extract maximum value from Motixafortide in SCM while at the same time advancing our other pipeline programs."*** (Emphasis added). | 61 | Form 6-K, Ex. 1, filed March 16, 2022 |
| Defendant Zeevi stated that "the company held $57.1 million of cash, cash equivalents and short-term bank accounts as of December 31, 2021. ***We believe we are well financed to achieve multiple potentially value creating milestones.***" (Emphasis added). | 63 | BioLineRx's March 16, 2022 Earnings Call, Q4 2021 |

6

| | | |
|---|---|---|
| "During the first quarter and subsequent period, we continued to prepare our New Drug Application for Motixafortide in stem cell mobilization, and we remain on track for submission to the FDA mid-year, consistent with our prior guidance," stated Philip Serlin, Chief Executive Officer of BioLineRx. "In parallel, we are advancing a range of critical pre-launch activities, should Motixafortide be approved, while maintaining full optionality with respect to our commercialization plans, in light of the highly concentrated end market in the U.S., in which 80 transplant centers conduct the vast majority of stem cell transplant procedures.["]<br><br>*"With over $50 million in cash, we believe we are well financed to extract maximum value from Motixafortide in stem cell mobilization while at the same time advancing our other pipeline programs, allowing us to achieve notable corporate and clinical milestones into the first half of 2024,"* concluded Mr. Serlin. (Emphasis added). | 65 | Form 6-K, Ex. 1, filed May 11, 2022 |
| BioLineRx *"ended the first quarter on solid financial footing, with cash and cash equivalents of $50.6 million, sufficient to fund operations, as currently planned, into the first half of 2024."* (Emphasis added). | 67 | Form 6-K, Ex. 1, filed May 11, 2022 |
| Although the Company has succeeded in generating significant revenues from a number of out-licensing transactions in the past, it cannot determine with reasonable certainty if and when it will become profitable on a current basis. *Management believes that the Company's current cash and other resources will be sufficient to fund its projected cash requirements into the first half of 2024.* However, in the event that the Company does not begin to generate sustainable cash flows from its operating activities in the future, the | 68 | Form 6-K, Ex. 2, filed May 11, 2022 |

7

| | | |
|---|---|---|
| Company will need to carry out significant cost reductions or raise additional funding. (Emphasis added). | | |
| Developing drugs, conducting clinical trials and commercializing products is expensive and we will need to raise substantial additional funds to achieve our strategic objectives. Although *we believe our existing cash and other resources will be sufficient to fund our current projected cash requirements into the first half of 2024*, we will require additional financing in the future to fund our operations. (Emphasis added). | 69 | Form 6-K, Ex. 3, filed May 11, 2022 |
| Defendant Zeevi stated that "the company held $50.6 million of cash, cash equivalents and short term bank deposits as of March 31, 2022. *We believe we are well financed to achieve multiple potentially value creating … milestones into the first half of 2024.*" (Emphasis added). | 70 | BioLineRx's May 11, 2022 Earnings Call, Q1 2022 |
| Progressed the New Drug Application (NDA) for Motixafortide in stem cell mobilization (SCM), with submission to the FDA expected within the next 4-6 weeks; …<br><br>Continued to advance critical pre-launch activities with respect to Motixafortide commercialization in the U.S., if approved; … [and]<br><br>*Ended the second quarter on solid financial footing, with cash and cash equivalents of $43.2 million, sufficient to fund operations, as currently planned, into the first half of 2024."* (Emphasis added). | 72 | Form 6-K, Ex. 1, filed August 16, 2022 |

| | | |
|---|---|---|
| "Since our last quarterly update, we achieved significant progress across both our Motixafortide stem cell mobilization and pancreatic cancer (PDAC) programs," stated Philip Serlin, Chief Executive Officer of BioLineRx….<br><br>"In summary, we believe we are well-positioned to deliver several meaningful potential regulatory, commercial and clinical catalysts over the next 12-18 months," concluded Mr. Serlin. | | |
| Although the Company has succeeded in generating significant revenues from a number of out-licensing transactions in the past, it cannot determine with reasonable certainty if and when it will become profitable on a current basis. ***Management believes that the Company's current cash and other resources will be sufficient to fund its projected cash requirements into the first half of 2024***. However, in the event that the Company does not begin to generate sustainable cash flows from its operating activities in the future, the Company will need to carry out significant cost reductions or raise additional funding. (Emphasis added). | 73 | Form 6-K, Ex. 2, filed August 16, 2022 |
| Developing drugs, conducting clinical trials and commercializing products is expensive and we will need to raise substantial additional funds to achieve our strategic objectives. Although ***we believe our existing cash and other resources will be sufficient to fund our current projected cash requirements into the first half of 2024***, we will require additional financing in the future to fund our operations. (Emphasis added). | 74 | Form 6-K, Ex. 2, filed August 16, 2022 |
| Defendant Zeevi stated that "the company held $43.2 million of cash, cash equivalents and short-term bank deposits as of June 30, 2022. ***We believe we are well financed to achieve*** | 75 | BioLineRx's August 16, 2022 Earnings Call, Q2 2022 |

9

**EXHIBIT A**

| | | |
|---|---|---|
| *multiple potentially value-creating milestones into the first half of 2024.*" (Emphasis added).<br><br>Defendant Serlin stated: *"as far as the cash runway, we mentioned that we have $43 million in cash, which, again, as we mentioned, is enough to take us through our major upcoming milestones…."* | | |
| | 77 | BioLineRx "Corporate Presentation" dated September 1, 2022 |