# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE BIOLINERX LTD. SECURITIES LITIGATION | Case No. 2:23-cv-00041 (BRM) (JBC) <br><br> **ORDER** |

**THIS MATTER** is before the Court on a Motion to Dismiss pursuant to Federal Rules of Civil Procedure 8(a), 9(b), and 12(b)(6) filed by Defendants Philip Serlin ("Serlin"), Mali Zeevi ("Zeevi," and collectively with Serlin, the "Individual Defendants"), and BioLineRx Ltd. ("BioLineRx") (collectively, "Defendants"). (ECF No. 33.) Lead Plaintiff Peter Catanese ("Catanese") and Plaintiff Michael Morlock ("Morlock"), individually and on behalf of all other persons similarly situated (collectively, "Plaintiffs") filed an Opposition (ECF No. 37), and Defendants filed a Reply (ECF No. 38). Having reviewed the submissions filed in connection with Defendants' Motion and having declined to hold oral argument pursuant to Federal Rule of Civil Procedure 78(b), for the reasons set forth in the accompanying Opinion and for good cause having been shown,

**IT IS** on this 15th day of July 2024,

**ORDERED** that Defendants' Motion to Dismiss (ECF No. 33) is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Amended Complaint (ECF No. 29) is **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Plaintiffs shall have thirty (30) days from the date of this Order to file a second amended complaint curing the deficiencies addressed in the accompanying Opinion; and it is further

**ORDERED** that Defendants may respond to the second amended complaint, if filed, as

2

appropriate and consistent with applicable federal and local rules; and it is further

**ORDERED** that if Plaintiffs do not submit a second amended complaint within thirty (30) days of the date of this Order, the dismissal of the Amended Complaint (ECF No. 29) will automatically convert to a **dismissal with prejudice** without further action from the Court.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**